**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01932-REB-BNB

ADRIENNA L. BROWN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE CO., and
EXEMPLA, INC., d/b/a EXEMPLA HEALTHCARE,

    Defendants.

**ORDER**

**Blackburn, J.**

    This matter is before me on **Exempla Inc.'s Motion To Dismiss** [#4][1] filed August 17, 2011. The plaintiff filed a response [#10] in which she agrees that her claims against Exempla, Inc., should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Exempla Inc.'s Motion To Dismiss** [#4] filed August 17, 2011, is **GRANTED**;

    2. That the plaintiff's claims against defendant, Exempla, Inc., d/b/a Exempla Healthcare, are **DISMISSED**;

    3. That defendant, Exempla, Inc., d/b/a Exempla Healthcare, is **DROPPED** from this action and the caption of this case is **AMENDED** accordingly;

---

[1] "[#4]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That each party shall bear its own fees and costs related to Exempla's motion to dismiss.

Dated August 22, 2011, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge