IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01932-RBJ-BNB

ADRIENNA L. BROWN,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE CO.,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before January 6, 2012, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated December 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge